

ALL   SPORT   NITRO   MOTION   ELITE

About Us
Where to Buy
Warranty Info

ALL   UPRIGHT BIKES   RECUMBENT BIKES   ELLIPTICAL   ROWERS   INDOOR CYCLES   TREADMILLS



**Indoor Cycle w/ Monitor, 18kg Flywheel**
CHB-S2002IS

Features     Specs

- Belt Driven
- 18kg Flywheel
- Emergency Brake
- Aluminum Pedal
- Rubber Coated Adjustable HandleBar
- Elbow Pads
- Bottle Holder
- Monitor Features: Scan, Time, Speed, Distance, Calories

View Monitor Detail
Download Product Manual
View Warranty Information



*Home*     *About Us*     *Where to Buy*     *Warranty Info*     |   Site Designed by *Annivate, Inc.*

Exhibit 2, page 33